```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GARDEN CITY BOXING CLUB, INC.,       :
                                     :
                    Plaintiff,       :
        v.                           :    06 Civ. 3145 (BSJ)(HBP)
                                     :
STEVE CONWAY, DARREN WRIGHT,         :    ORDER
MOMENTUM ENTERPRISES OF N.Y. Inc.,   :
                                     :
                    Defendant.       :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/09

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

After having reviewed Magistrate Judge Pitman's Report and Recommendation dated December 12, 2008, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, damages are assessed against the defaulting Defendants Steve Conway, Darren Wright, and Momentum Enterprises of N.Y. Inc., jointly and severally, in the amount of $3,000.00.

Additionally, the Court finds that Plaintiff is entitled to injunctive relief pursuant to 47 U.S.C. § 605(e)(3)(B)(i). Therefore, Defendants, their agents, servants, employees, affiliated business entities, successors, assigns, and any entities or persons controlled directly or indirectly by them or acting on their behalf are hereby enjoined from the unlawful exhibition of licensed events, from aiding and abetting or engaging in the interception, divulgence, reception, or display

of closed circuit television programming of Plaintiff and from connecting, attaching, splicing into, tampering with or in any way obtaining Plaintiff's closed circuit signal without Plaintiff's authorization.

Because there are no issues remaining in this action, the Clerk of the Court is directed to close the case.

**SO ORDERED:**

BARBARA S. JONES
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         January 19, 2009